IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ZACHORY WILLINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | |
| LEONARD MCCULLEY, | ) | |
| INTERSTATE CARRIER XPRESS, | ) | |
| INC.; and GREAT WEST | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COME NOW defendants Leonard McCulley; Interstate Carrier Xpress, Inc.,

("Interstate"); and Great West Casualty Insurance Company ("Great West") and,

pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this notice of removal within

the time prescribed by law, showing the Court as follows:

1.

On October 6, 2021, plaintiff filed a complaint in the State Court of Fulton

County, Georgia, Civil Action No. 21EV005968, which county is within the Atlanta

Division of the Northern District of Georgia.

2.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A.  Defendants have no knowledge of any other process, pleadings, or orders served in connection with this action, other than those attached hereto.

3.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332.

4.

There is complete diversity among the parties.

5.

Plaintiff is a citizen of Georgia.  (Compl. ¶ 1.)

6.

Mr. McCulley is a citizen of the State of Pennsylvania.    (Compl. ¶ 2.)

7.

Interstate is a foreign corporation with its principal place of business at 3820 Wisman Lane, Quincy, Illinois.  (Compl. ¶ 3.)  Accordingly, it is a citizen of the State of Illinois for purposes of diversity jurisdiction.  28 U.S.C. § 1332(c)(1).

8.

Great West is a foreign insurance company existing under the laws of Nebraska, with its principal place of business in Ohio.  Accordingly, it is a citizen of Nebraska and Ohio for purposes of diversity jurisdiction.  28 U.S.C. § 1332(c)(1).

9.

Defendants makes a plausible allegation that plaintiff is seeking recovery in an amount in excess of $75,000, exclusive of interest and costs.  *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 135 S. Ct. 547, 554 (2014).  Specifically, plaintiff seeks general and special damages for personal injuries and pain and suffering and claims to have incurred "medical expenses and special damages *in excess of $479,803.28*."  (Compl. ¶¶ 23, 24; emphasis added.)

10.

The undersigned has read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this notice of removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia,

- 4 -

Atlanta Division, and no further proceedings shall be held in said case in the State

Court of Fulton County.

STONE KALFUS LLP

*/s/ Shawn N. Kalfus*
Matthew P. Stone
Georgia Bar No. 684513
matt.stone@stonekalfus.com
Shawn N. Kalfus
Georgia Bar No. 406227
shawn.kalfus@stonekalfus.com
Attorneys for Defendants

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing *Notice of Removal* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel and parties of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel and parties of record as follows:

W. Winston Briggs
W. Winston Briggs Law Firm
1375 Spring Street NW
Atlanta, GA 30309
wbriggs@winstonbriggslaw.com

This 4th day of November, 2021.

/s/ Shawn N. Kalfus
Shawn N. Kalfus
Georgia Bar No. 406227

STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)